10-CV- 216 -J

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

KENNETH . P . TENNYSON
Petitioner
W.M.C.I 7076 Road 55F
Torrington Wy 82240

Vs

UNITED STATES OF AMERICA
Respondent
I.R.S 2120 Capital Ave., Suite 1101
Cheyenne Wy 82001

COMPLAINT

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

OCT - 7 2010

Stephan Harris, Clerk
Cheyenne

" PETITION TO QUASH SUMMONS "

Comes now the petitioner, Kenneth Tennyson< PRO-SE, pursuant to F,R,C,P, Rule 12,11,4, and I,R,C, 7609(b)(2)(B). To inform the court that this petitioner invokes his privilege against adverse spousal testimony. Petitioner cites: Ryan V, Commissioner (1977 CA.7) 568 F,2d531, 78-1 " Essential reason to invoke privilege against adverse spousal testimony is to foster family peace and harmony, for benefit of husband, wife, children, and public; adverse spousal privilege should be limited to instances in which it makes most sense, where spouse who is neither victim nor participant observes evidence of other spouses crime.

For these reasons the petitioner respectfully prays for an order to quash summons issued by respondent for the appearance of petitioner in matter now at issue and for such other and further relief as the court deems just and equitable.

Dated this 26th day of September 2010

Kenneth P Tennyson #26482
W.M.C.I 7076 Road 55F
Torrington WY 82240

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 4th day, of October, 2010, did cause a true and correct copy of the foregoing to be served upon the following via first class United States Of America mail, Postage Prepaid.

Heather Tennyson #2067  
W.W.C Box 300  
Lusk WY 82225

Clerk of U.S District Court  
2120 Capital Ave Room 2141  
Cheyenne WY 82001

I.R.S  
Special Agent M. Cunningham  
2120 Capital Ave , Suite 101  
Cheyenne WY 82001

Kenneth P. Tennyson #26482

*(signature)*